# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DERRELL ANTHONY REDDEN**  **PLAINTIFF**
**#60404**

v.  No: 3:19-cv-00163 JM-PSH

**T. RAYMOND,** *et al.*  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 22nd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE